## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL H. WU** and **CHRISTINE T. WU**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 2238 |
| | ) | |
| **PRUDENTIAL FINANCIAL, INC.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM ORDER

This action is closely related to an earlier-filed action, <u>Wu v. Prudential Fin., Inc. et al.</u>, Case No. 14 C 5392 ("<u>Wu I</u>"), which involves the same operative facts, the same plaintiffs, 11 of the same defendants and no additional defendants. At a May 18, 2015 hearing on defendants' motions to dismiss, this Court exercised its power under Fed. R. Civ. P. ("Rule") 60 to reinstate the November 14, 2014 judgment in <u>Wu I</u>, which dismissed all claims in that case with prejudice.

As a consequence of the judgment and dismissal with prejudice of all claims in <u>Wu I</u>, this action is also dismissed with prejudice with judgment entered in favor of all defendants. Accordingly the previously scheduled June 8, 2015 status hearing in this case is vacated as moot. Pursuant to Rule 59(e), the plaintiffs shall have 28 days from entry of this order (a non-extendable period) within which they may file an appropriately supported motion seeking to alter or amend the judgment against them in this case.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 20, 2015